IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
DEC - 9 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Felicia Ridgeway
Genezz T. O'neal

Plaintiff

-vs-

U.S. United States District

Defendant(s)

Lawmaker Nancy Pelosi- U.S. United States President Biden, Joseph
Att. General Dave Yost
David Moore- Senator Portman, Senator Brown
Governor Mike Dewine

CASE NO.  1:21 CV 2316

JUDGE  JUDGE OLIVER

COMPLAINT

a ring of higher and lower of Degree Fraud & Criminals has did a lot of U.S. United States District Federal criminal, crimes to me Felicia Ridgeway and to my Daughter Genezz' O'neal and these criminals are using me Felicia and my Daughter Genezz' social security numbers and our birth names and they carry guns and these criminal use our identity and they has use our creditionals in Federal Crimes and States Crimes and the courts says we have Federal cases, and its a corrupted lies. and President Biden no ones helpus